fore, considered, ordered and adjudged by the court that the said decree of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

NEW PORT RICHEY COUNTRY CLUB, INC., a corporation, *Plaintiff in Error*, vs. W. E. ELLIS, *Defendant in Error*.

142 So. 655.

Division A.

Decision filed June 24, 1932.

*Chancey & Thomas*, for Plaintiff in Error;
*Hampton & Greene*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

C. L. BEHRENS, *Plaintiff in Error*, vs. STATE OF FLORIDA, *Defendant in Error*.

142 So. 655.

Division A.

Decision filed June 24, 1932.

*Frank Redd*, for Plaintiff in Error; .

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

GREAT AMERICAN INSURANCE COMPANY, New York, a corporation, *Petitioner,* vs. IONA V. PETERS, a married woman, by her next friend, W. L. PETERS, LAURA F. STIEREN, by her next friend, CHARLES STIEREN, *Respondents.*

141 So. 745.

Division A.

Opinion filed June 24, 1932.

O. D. Batchelor, for Petitioner;

L. J. Cushman, for Respondent.

ELLIS, J.—Iona Peters, by her next friend, W. I. Peters, brought her action against Great American Insurance Company, a New York Corporation, upon an insurance policy for damages in the sum of two thousand nine hundred and ninety-nine dollars. The insurance policy indemnified Mrs. Peters in the sum of three thousand five